# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146252

FUN FEST PRODUCTIONS, INC.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

GREATER BOSTON RADIO, INC., d/b/a
GREATER MEDIA DETROIT,
        Defendant/Counter-Plaintiff-
        Appellee.

SC: 146252
COA: 303980
Macomb CC: 2010-000081-CK

_____/

On order of the Court, the application for leave to appeal the August 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118